UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE CONYERS,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>JOSIE GASTILLO, Warden, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 19cv1504 MMA (MDD)<br><br>**ORDER: (1) DIRECTING CLERK OF COURT TO FILE PETITION IN THIS CASE [ECF No. 1] AS A MOTION TO AMEND AND AMENDED PETITION IN CASE NO. 18cv0085 JLS (KSC); and (2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2] AS MOOT** |

On January 12, 2018, Petitioner filed a petition for writ of habeas corpus in this Court which contained three claims and which was given case no. 18cv0085 JLS (KSC). *See Conyers v. Gastelo*, S.D. Cal. case no. 18cv0085 JLS (KSC). The Court later granted Petitioner's request for stay and abeyance in case no. 18cv0085 JLS (KSC) to permit Petitioner to return to state court to exhaust an additional claim. *Id.*, ECF No. 18. Petitioner was directed to file a motion to amend his petition and a fully exhausted amended petition in case no. 18cv0085 JLS (KSC) once he had exhausted his new claim. *Id.*

On August 9, 2019, Petitioner filed a petition for writ of habeas corpus in this case. The Petition attacks the same conviction and contains the same three claims as the

petition in case no. 18cv0085 JLS (KSC) as well as the fourth claim Petitioner sought to exhaust in that case. *See* ECF No. 1. The Petition filed in this case appears to be Petitioner's attempt to file a motion to amend and an amended petition in case no. 18cv0085 JLS (KSC). Accordingly, the Clerk of Court is **DIRECTED** to file the petition in this case [ECF No. 1] as a motion to amend and amended petition in case no. 18cv0085 JLS (KSC). *See Woods v. Carey*, 525 F.3d 886, 890 (9th Cir 2008) (stating that when a pro se petitioner has a 28 U.S.C. § 2254 petition pending in a district court and files a new 28 U.S.C. § 2254 petition, "the district court should . . . construe[ a] pro se habeas petition as a motion to amend his pending habeas petition.")

For the foregoing reasons, the motion to proceed in forma pauperis [ECF No. 2] is **DENIED** as moot. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: August 16, 2019

Hon. Michael M. Anello
United States District Judge